# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| LENA D. TIPTON | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:25-cv-0585 |
| CARDINAL HEALTH 107, LLC | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cardinal Health 107, LLC

        c/o Registered Agent:
        CT Corporate System
        4400 Easton Commons Way, Suite 125
        Columbus Ohio 43219

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen W. Grace (TN BPR No. 14867)
                             1019 16th Avenue, South
                             Nashville, Tennessee 37212
                             (615) 255-5225
                             sgrace@sgracelaw.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    5/27/2025                                               *Sabrina Brewer*
                                                 *Signature of Clerk or Deputy Clerk*

Civil Action No. 3:25-cv-0585

# PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Cardinal Health 107, LLC_

was received by me on *(date)* _5/27/2025_ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _CT Corporate System_ , who is

designated by law to accept service of process on behalf of *(name of organization)* _Cardinal Health 107 LLC_

on *(date)* _6/10/2025_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



_l and $ _____ for services, for a total of $ ___0.00___ .

_is information is true.

_Server's signature_

1019 16th Ave South
Nashville Tn 37212

_Printed name and title_

Stephen Grace, Atty

_Server's address_

6/10/2025

_vice, etc:_