IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LENA D. TIPTON | ) |
| | ) Case No. 3:25-cv-00585 |
| v. | ) Judge Richardson |
| | ) Magistrate Judge Holmes |
| CARDINAL HEALTH 107, LLC | |

**O R D E R**

This case is scheduled for an initial case management conference on August 21, 2025. *See* Notice at Docket No. 6. However, due to an unresolvable conflict, the initial case management conference is **RESCHEDULED for September 18, 2025, at 3:00 p.m. (CDT)**[1] using the Court's conference line at 1-855-244-8681, access code 2300 984 3452#.

Counsel are reminded of their responsibility for jointly preparing a proposed initial case management order, which must be filed by no later than **three (3) business days** prior to the initial case management conference, and a Word formatted version of which must be separately emailed to chambers at the email address in n.1.[2]

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] If this date and time present an unresolvable conflict for counsel, they must promptly contact chambers, at TNDMdb_JudgeHolmesChambers@tnmd.uscourts.gov, to obtain another mutually agreeable date and time available on the Court's calendar and then must file a motion to reschedule the initial case management conference. Counsel are however cautioned that, until an order rescheduling the initial case management conference is entered, any date obtained from chambers is tentative only, as the Court's schedule is subject to change. Counsel should therefore include in any motion to reschedule alternative dates and times on which they are available.

[2] Counsel should utilize the form initial case management order found on the Court's website under the link to Magistrate Judge Holmes with designated provisions for Judge Richardson's cases.